**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6383**

---

MARK MEYER, a/k/a #219195, a/k/a "Supreme"
Outspoken "7 Allah,"

                                        Plaintiff - Appellant,

        versus

GERALDINE MIRO, Ex-Warden for Allendale
Correctional Institution; JOHN PATE, Warden,
Allendale Correctional Institution,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(CA-01-4260-4-25-BH)

---

Submitted:  July 11, 2003          Decided:  July 23, 2003

---

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mark Meyer, Appellant Pro Se.  Paul B. Ferrara, III, Robert Douglas
Simmons Mellard, BOGOSLOW, JONES, STEPHENS & DUFFIE, P.A.,
Walterboro, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Meyer appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Meyer v. Miro, No. CA-01-4260-4-25-BH (D.S.C. Feb. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED